# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 3:12-cv-187** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RUDOLPH VALENTINO JONES** | ) | |
| | ) | |

THIS MATTER is before the Court on the Government's "Notice of Appeal and Motion for Revocation of Magistrate Judge's Release Order," filed May 21, 2012 (Doc. No. 9). On or about May 18, 2012, the Defendant was brought before the Honorable Theodore H. Katz, United States Magistrate Judge for the Southern District of New York, for his initial appearance. At the conclusion of that appearance, Judge Katz ordered the Defendant be released on bond.

Pursuant to 18 U.S.C. § 3145(a)(1), this Court will stay the Magistrate Judge's release order pending a ruling by this Court on the Government's motion to revoke the release order.

IT IS, THEREFORE, ORDERED that Magistrate Judge Katz's Order of Release (12 MAG 1329 - SDNY) is STAYED, the Government's motion for revocation is DEFERRED pending a hearing via telephone, and the Defendant shall be DETAINED until further order of this Court. The Court will conduct a telephone conference on the Motion for Revocation on Friday, May 25, 2012, at a time to be late noticed by the Court via email to defense counsel.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service, the United States Attorney's Office, and defense counsel.

Signed: May 22, 2012

Frank D. Whitney
United States District Judge